# United States Court of Appeals
## For the First Circuit

No. 08-1276

UNITED STATES OF AMERICA,
Appellee,

v.

ALVIN F. AGUIRRE-GONZÁLEZ,
Defendant, Appellee,

---

RICHARD J. SCHMEELK; WILLIAM B. FINNERAN;
and JIRA ASSOCIATES, LP,
Movants, Appellants,

---

WELLS CAPITAL MANAGEMENT, INC.,
Provisional Intervenor.

---

**ERRATA SHEET**

The opinion of this Court issued on March 2, 2010, is amended as follows:

On page 7, line 1: Replace "January 17, 2003" with "January 17, 2008".